**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CRIMINAL DOCKET NO.: 3:97CR155-V**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **ALEXANDER BERMUDEZ,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** comes before the Court on Defendant's Motion for Early Termination of Probation / Supervision, filed November 5, 2010.   (Document #1070)

     As stated in the motion, Defendant has served his active sentence of ten (10) years and successfully completed four (4) years of his five (5) year term of supervised release.  In addition, Defendant has diligently paid approximately $8,000.00 towards the cost of court-appointed counsel fees per the Judgment & Commitment Order.   Likewise, the U.S. Probation Department's supervising officer indicates that he does *not* oppose the motion given Defendant's placement in 2008 on a "low-intensity caseload" and the fact that Defendant has been "totally compliant" during the period of supervised release.  Upon review of the relevant factors, the Court finds that early termination of supervised release is appropriate in this case.  18 U.S.C. §3583(e)(1).

     **IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **GRANTED**. Accordingly, Defendant's supervised release term is hereby **TERMINATED**, effective immediately.

     **IT IS FURTHER ORDERED** that the outstanding balance due for reimbursement of court-appointed counsel fees is **REMITTED**.

Signed: November 18, 2010

Richard L. Voorhees
United States District Judge